UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **21-2690 / 21-2691**

Caption [use short title]

Motion for: **MOTION FOR EXTENSION OF TIME**

**Universitas Education, LLC v. Nova Group**
**Nova Group vs. Universitas Education, LLC**

Set forth below precise, complete statement of relief sought:

**Respondents Carpenter and Grist Mill Capital move to request an extension of time to file brief**

MOVING PARTY: **Daniel Carpenter & Grist Mill Capital, LLC**  OPPOSING PARTY: **Universitas Education, LLC**

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

MOVING ATTORNEY: **Jonathan Einhorn**  OPPOSING ATTORNEY: **Joseph Manson III**
[name of attorney, with firm, address, phone number and e-mail]

**129 Whitney Avenue**  **600 Cameron Street**
**New Haven, CT 06510**  **Alexandria, VA 22314**
**203-777-3777; einhornlawoffice@gmail.com**  **202-674-1450**

Court-Judge/Agency appealed from: **Hon. Laura Swain, USDC, SDNY**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  ☐ Yes ☑ No
Has this relief been previously sought in this Court?  ☐ Yes ☑ No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested?  ☐ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☐ No If yes, enter date:_____

Signature of Moving Attorney:
**/s/ Jonathan Einhorn** Date: **03/07/2021** Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

UNIVERSITAS EDUCATION, LLC et. al.          DOCKET NO. 21-2690

vs.

NOVA GROUP, INC.

-----

NOVA GROUP, INC.

VS.

UNIVERSITAS EDUCATION, LLC et al          DOCKET NO. 21-2691

MOTION TO EXTENSION OF TIME

      The Respondents Daniel E. Carpenter and Grist Mill Capital, LLC respectfully move for an extension of time to file their appellate brief and appendix until April 7, 2022. Their brief and appendix are due today, March 7, 2022.

      The reason for this request is that counsel for respondent has been working on this brief and appendix but is a sole practitioner and was unable to complete them within the required deadline. This is a complex matter with a lengthy history and this is the first request for an extension of time of this filing deadline.

      The undersigned has attempted to contact counsel for Universitas Education, LLC. to see if there is any objection to this motion but has not yet received a response.

RESPONDENTS
DANIEL E. CARPENTER AND
GRIST MILL CAPITAL, LLC


BY /s/ Jonathan J. Einhorn

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
203-777-3777


CERTIFICATION

    I hereby certify that on this 7th day of March, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all Parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.


                  /s/ Jonathan J. Einhorn

                  JONATHAN J. EINHORN