UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL |||
|---|---|---|
| CASE TITLE: Universitas Education, LLC<br><br>v.<br><br>Grist Mill Capital, LLC and Daniel E. Carpenter | USCA DOCKET NUMBER: 21-2690, 21-2691 | COUNSEL'S NAME: Joseph L. Manson III |
| | DISTRICT/AGENCY: Southern District of New York | COUNSEL'S ADDRESS: 600 Cameron St, 4th Floor, Alexandria, VA 22314 |
| | DISTRICT/AGENCY NUMBER: 11-cv-1590, 11-cv-8726 | DATE: March 8, 2023 |

Counsel for
Universitas Education, LLC
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Respondent-Appellants Grist Mill Capital, LLC and Daniel E. Carpenter
and in favor of
Petitioner-Appellee Universitas Education, LLC
for insertion in the mandate.

Docketing Fee      N/A

Costs of printing appendix (necessary copies 6 )      $251.79

Costs of printing brief (necessary copies 6 )      $547.69

Costs of printing reply brief (necessary copies ___ )      N/A

**(VERIFICATION HERE)**

I verify that the foregoing costs are true and correct, and have enclosed the printer's bills in support of those costs.

Signature



Shanna C Hogans
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7621775
Com. Exp. May 31, 2026

Rev. April, 2011



**Appellate Consulting and Management**
229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

March 6, 2023

LAW OFFICES OF
JOSEPH L. MANSON III
600 Cameron St., 4th Floor,
Alexandria, VA 22314

Universitas Education, LLC v. Daniel E. Carpenter & Grist Mill Capital, LLC
Appellee's Brief & Supplemental Appendix
United States Court of Appeals - Second Circuit

# ITEMIZED BILL OF COSTS

Typesetting, Printing and Binding

**Docket No. 21-2690(L); 21-2691(c)**

Appellee's Brief - 6 Copies / 64 Pages

| | | | | |
|---|---|---|---|---|
| 1 | 1-Sided Cover | $ | 125.00 | 125.00 |
| 384 | Printed 384 Text Pages x 6 Copies | $ | 0.20 | 76.80 |
| 6 | Perfect Bound Books | $ | 5.00 | 30.00 |
| | | SUB-TOTAL: | | 231.80 |
| | | NYC SALES TAX: | $ | 19.99 |
| | | | | **$251.79** |

Supplemental Appendix - 6 Copies / 291 Pages

| | | | | |
|---|---|---|---|---|
| 1 | 1-Sided Cover | $ | 125.00 | 125.00 |
| 1746 | Printed 1746 Text Pages x 6 Copies | $ | 0.20 | 349.20 |
| 6 | Perfect Bound Books | $ | 5.00 | 30.00 |
| | | SUB-TOTAL: | | 504.20 |
| | | NYC SALES TAX: | $ | 43.49 |
| | | | | **$547.69** |

We certify that the stated charges are based on the necessary copies needed to serve and file. The price is comparable to industry standards.

**TOTAL: $799.48**

**RECORD PRESS, INC.**
229 West 36th Street
8th Floor
New York, NY  10018
dmisser@recordpress.com



| **BILL TO** | | | **INVOICE #** 111631 |
|---|---|---|---|
| Joseph L. Manson | | | **DATE** 05/31/2022 |
| Law Offices of Joseph L. Manson III | | | **DUE DATE** 06/15/2022 |
| 600 Cameron Street | | | **TERMS** Net 15 |
| Alexandria, VA  22314 | | | |

| **CAPTION** | **JOB #** | **REP** |
|---|---|---|
| Universitas Education v. Nova | 91126/91127 | H |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2ND CIRCUIT COURT OF APPEALS | | | |
| Appellee's Brief & Supplemental Appendix | | | |
| | | | |
| Brief - 6 Copies / 64 Pages | | | |
| (1st 3 Copies - Printing, Client Supplied Covers & Binding) | 1 | 193.50 | 193.50 |
| Additional copies | 3 | 29.50 | 88.50 |
| | | | |
| Appendix - 6 Copies / 291 Pages | | | |
| (Includes Printing, Client Supplied Cover & Binding) | 291 | 2.28 | 663.48 |
| | | | Subtotal: 945.48 |
| | | | |
| 10% Courtesy Discount | 945.48 | -0.10 | -94.55 |
| | | | |
| Hard Copy Filing | 1 | 75.00 | 75.00 |

Our preferred method of payment is ACH/Wire transfer. Our banking details are provided below:

BANK NAME: Chase
ACCOUNT NUMBER: 903739951
ABA/ROUTING NUMBER: 021000021

| | |
|---|---|
| SUBTOTAL | 925.93 |
| TAX (0%) | 0.00 |
| TOTAL | 925.93 |
| PAYMENT | 925.93 |
| BALANCE DUE | **$0.00** |

We also accept payment via credit card at the following link:
https://recordpress.com/pay-your-invoice/

(American Express, Visa, MasterCard & Discover)

RECORD PRESS, INC.
TAX ID # 13-5654060

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNIVERSITAS EDUCATION, LLC

*Petitioner-Appellee,*

v.

GRIST MILL CAPITAL ET AL.

*Respondent-Appellant.*

Nos. 21-2690(L), 21-2691

### **Affirmation of Joseph L. Manson III in Support of Bill of Costs**

1. My name is Joseph L. Manson III. I am an attorney in good standing before the Bars of Virginia and the District of Columbia. I am admitted *pro hac vice* in the above-captioned appeal, and I remain in good standing before this Court in that capacity.

2. I represent Petitioner-Appellee, Universitas Education, LLC ("Universitas") and submit this affirmation in support of Universitas's request for payment of its Bill of Cost.

3. Respondent-Appellants Grist Mill Capital, LLC and Daniel E. Carpenter (collectively "Appellants") brought this action pursuant to Rule 60 of the Federal Rules of Civil Procedure in an attempt to vacate an underlying judgment against them awarded by the District Court for the Southern District of New York.

4. The District Court denied their motions and sanctioned Mr. Carpenter. On February 23, 2023, this Court affirmed the District Court's denial of the Appellants' motions, and indicated that the Appellants would bear the cost of the appeals.

5. The Itemized Bill of Costs and the Supporting Documents submitted to this Court in support thereof are all true and accurate. Universitas actually incurred and paid those costs in defending this Appeal. Therefore, Universitas respectfully requests that this Court grant

Universitas's Bill of Costs and order that Appellants' pay the $799.48 Universitas incurred in defending the instant appeal.

Dated: March 9, 2023

Alexandria, Virginia

*Joseph L. Manson III*
_____
Joseph L. Manson III