# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of April, two thousand twenty-three,

| | |
|---|---|
| Universitas Education, LLC, | STATEMENT OF COSTS |
|     Petitioner - Appellee, | Docket Nos. 21-2690(L), 21-2691(Con) |
| v. | |
| Grist Mill Capital, LLC, | |
|     Respondent - Appellant, | |
| Daniel E. Carpenter, | |
|     Movant - Appellant. | |

    IT IS HEREBY ORDERED that costs are taxed in the amount of $736.00 in favor of Appellee Universitas Education, LLC.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/11/2023