# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 7, 2023

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  Grist Mill Capital, LLC
           v. Universitas Education, LLC, et al.
           No. 23-24
           (Your No. 21-2690, 21-2691)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on July 5, 2023 and placed on the docket July 7, 2023 as No. 23-24.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Clayton Higgins
                        Case Analyst