# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of July, two thousand twenty-three.

Before:    Dennis Jacobs,
              Eunice C. Lee,
              Myrna Pérez,
                  *Circuit Judges,*

_____

Universitas Education, LLC,

        Petitioner - Appellee,

v.

Grist Mill Capital, LLC,

        Respondent - Appellant,

Nova Group, Inc, et al.,

        Respondents,

Daniel E. Carpenter,

        Movant - Appellant.

_____

**ORDER**

Docket Nos. 21-2690(L), 21-2691(Con)

    Appellee moves for a recall of the mandate for the limited purpose of allowing Appellee to file a motion for sanctions against Appellants and their counsel.

    The Court construes the motion as one for sanctions and will consider Appellee's proposed motion for sanctions. Appellants must file their opposition, addressing the merits of the motion for sanctions, within 10 days of the date of this order.

                                              For the Court:
                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court

