# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand twenty-three.

Before:    Dennis Jacobs,
             Eunice C. Lee,
             Myrna Pérez,
                 *Circuit Judges,*

_____

Universitas Education, LLC,

         Petitioner - Appellee,

v.

Grist Mill Capital, LLC,

         Respondent - Appellant,

Nova Group, Inc, et al.,

         Respondents,

Daniel E. Carpenter,

         Movant - Appellant.

_____

**ORDER**

Docket Nos. 21-2690(L), 21-2691(Con)

     Appellee Universitas Education, LLC requests that the Court impose sanctions, in the form of double costs and attorneys' fees, jointly and severally against Appellants Grist Mill Capital, LLC and Daniel Carpenter and Appellants' counsel.

     IT IS HEREBY ORDERED that the motion for sanctions is GRANTED. Within 14 days of the date of this order, Appellee's counsel must submit printer's bills, detailed time records, and supporting affidavits for the time expended on this appeal.

                                       For the Court**:**
                                       Catherine O'Hagan Wolfe,
                                       Clerk of Court

