**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

---

GRIST MILL CAPITAL, LLC and DANIEL
CARPENTER

*Appellants,*

v.

UNIVERSITAS EDUCATION, LLC.

*Appellee.*

Nos: 21-2690(L), 21-2691(C)

---

### AFFIDAVIT OF JOSEPH L. MANSON III IN SUPPORT OF UNIVERSITAS EDUCATION, LLC'S APPLICATION FOR FEES

CITY OF ALEXANDRIA
COMMONWEALTH OF VIRGINIA

I Joseph L. Manson III, affirm and declare:

1.  I am the lead attorney for Appellee Universitas Education, LLC ("Universitas").

2.  In this capacity, I have personal knowledge of all matters stated in this Affidavit or have knowledge of these matters based upon a review of the relevant Dockets, filings, and legal bills.

3.  Universitas commenced a proceeding to confirm an arbitration award it won against Nova Group, Inc., as well as post-judgment collection proceedings in the underlying action before the United States District Court for the Southern District of New York ("District Court"). The case was captioned *Universitas Education, LLC v. Nova Group, Inc. et al.*, Nos. 11-cv-1590-LTS-HBP, 11-cv-8726-LTS-HBP (S.D.N.Y.). On June 5, 2012, the District Court confirmed the arbitration award and entered a judgment in excess of $30 million in favor of Universitas.

1

4.      Post-judgment proceedings revealed that the $30 million taken by Nova Group, Inc., had been fraudulently transferred to multiple other shell companies owned and controlled, either directly or indirectly, by Daniel Carpenter. On August 7, 2014, the District Court entered a judgment on turnover proceedings brought by Universitas against Mr. Carpenter and these shell entities. Judgment in the amount of $30.6 million was entered against Mr. Carpenter. Judgment in the amount of $30.6 million was entered against Grist Mill Capital, LLC ("Grist Mill").

5.      The instant appeal arose from Mr. Carpenter's and Grist Mill's Motions to Vacate filed in the District Court in late 2020 and early 2021. Those motions were denied by the District Court, and Mr. Carpenter was sanctioned for certain arguments advanced in his motion. On February 23, 2023, this Court summarily affirmed the District Court's decision.

6.      Universitas moved for sanctions on July 16, 2023 against both the Appellants and their counsel. Universitas moved for sanctions for frivolous appeal pursuant to Federal Rule of Appellate Procedure 38, 28 U.S.C. § 1927 (2018), and this Court's inherent powers. This Court granted Universitas' Motion for Sanctions on August 21, 2023 and ordered Universitas to submit an Affidavit within two weeks in support of the fees and expenses that it sought, as well as time and expense records to support that request.

7.      This Affidavit specifically supports Universitas's request for fees with respect to the Second Circuit Appeal captioned *Grist Mill Capital, LLC et al. v. Universitas Education, LLC*, Nos. 21-2690, 21-2691 (2nd Cir. 2023) for the frivolous appeal brought by Appellants and their counsel.

8.      I am the principal of the Law Offices of Joseph L. Manson III. Various attorneys at my firm have provided legal services for Universitas Education, LLC in this and other matters.

9.      I have over 35 years of litigation experience at various prestigious law firms. I served as the co-chairperson of Verner Liipfert Bernhard McPherson and Hand LLP in Washington, DC before it merged into DLA Piper. After the merger, I became a partner at DLA Piper. I later became a partner at Baker Hostetler LLP before starting my own firm.

10.     Joseph Karam, is a sixth-year associate at the Law Offices of Joseph L. Manson III. At the times relevant to this appeal, Mr. Karam was a fourth and fifth-year associate. Mr. Karam is an accomplished associate and possesses extensive knowledge of the underlying facts and documents in the Universitas litigation. Mr. Karam was largely responsible for performing the day-to-day work on the appeal, as well as initially drafting the Opposition Brief and Motion for Sanctions.

11.     Because I am a lawyer barred in Virginia and Washington, DC, Universitas also engaged Patrick Bonner of Menz Bonner Komar and Koenigsberg LLP ("Menz Bonner") as counsel before this Court in the above-captioned proceedings. Mr. Bonner is a named partner at Menz Bonner.

12.     Universitas's litigation efforts to recover the insurance proceeds stolen by Mr. Carpenter have been ongoing for over 13 years. These efforts have spanned a multitude of jurisdictions and the litigation history is extraordinarily complex and the factual record is extensive. This protracted and complex litigation is a direct result of Mr. Carpenter and his entities' efforts to prevent Universitas from realizing its litigation victory, by transferring and hiding assets in numerous corporate entities. Currently, Universitas is prosecuting cases against Mr. Carpenter and his affiliates (both entities and individuals) in the following jurisdictions: the First Circuit, on appeal from the District of Massachusetts; the Western District of Oklahoma; the Southern District of New York; and once again before this Court on appeal from the District of Connecticut.

Universitas has previously had to litigate in other jurisdictions as well, including in the Middle District of Florida.

13.    It would be impractical and create massive sunk costs for Universitas to use only local counsel in each of these cases, as each of those counsel would have to familiarize themselves with the extensive legal and factual record of this litigation prior to being able to effectively represent Universitas. My firm's role as lead counsel for all the litigations mitigates these costs to Universitas and is the most efficient manner to prosecute all the cases across different jurisdictions.

14. The Law Offices of Joseph L. Manson III has performed numerous hours of work by its counsel working on this matter during the relevant time period of November 1, 2021 to March 13, 2023. My billable rate is normally $1000.00 per hour. Mr. Karam's billable rate was normally $400.00 or 500.00 per hour during the relevant time period.

15. My law firm has also billed Universitas at lower rates for certain actions. For instance, in actions pending in the District of Connecticut, Universitas billed at rates of $600 for myself and $400 for Ben Chernow, a former associate, and Mr. Karam in 2020 and 2021.

16. In this matter, my firm billed Universitas at the rates of $900 per hour for my work and $400 per hour for work performed by Mr. Karam and Mr. Chernow.

17. Mr. Sandberg, counsel for Mr. Carpenter and Grist Mill, has previously been sanctioned for advancing a frivolous appeal in the United States Court of Appeals for the Tenth Circuit. The Tenth Circuit remanded to the United States District Court for the Western District of Oklahoma to determine the exact amount of fees expended in the appeal. The Western District of Oklahoma found that hourly rates of $700 per hour for me, and $400 per hour for Mr. Karam were reasonable for that appeal.

18. The Law Offices of Joseph L. Manson III has performed numerous hours of work by its counsel working on this matter during the relevant time period of November 1, 2021 to April 6, 2023. A true and accurate copy of these bills, which include contemporaneous time entries, is attached to this Affidavit as Exhibit 1. Mr. Chernow performed 3 hours of work in this appeal. Mr. Karam performed 57.65 hours of work in this appeal. I performed 8.6 hours of work in this appeal. All of these fees and costs were reasonable and necessary in order to defend the appeal filed by Appellants between January 1, 2022 and April 6, 2023. In total, the Law Offices of Joseph L. Manson III billed 69.25 hours in defending this frivolous appeal for total legal fees in the amount of $32,500.00.

19. Menz Bonner took on a largely administrative and oversight role. Patrick Bonner informed me that his firm did not expend any billable hours in the work that they performed in this matter.

20. In addition, while Rule 38 generally does not permit the recovery of attorneys' fees expended in seeking appellate sanctions, 28 U.S.C. § 1927 and this Court's inherent power sanctions permit the recovery of attorneys' fees and costs expended in seeking sanctions. The hours expended by the Law Offices of Joseph L. Manson III's attorneys in seeking sanctions are attached to this Affidavit as Exhibit 2. To the extent that this Court holds that such fees and costs are recoverable, Universitas incurred $11,365.00 in attorneys' fees and expenses in seeking sanctions against Appellants and their counsel.

21. Universitas also incurred $799.86 in costs in defending the appeal for printing and copying costs. This Court found in its statement of costs dated April 11, 2023 that Universitas was entitled to recover $736.00 in costs. Universitas' bills and the statement of costs are attached to this Affidavit as Exhibit 3. Federal Rule of Appellate Procedure 38 permits recovery of double costs,

and thus Universitas' final recoverable costs are $1,472.00. To date, Appellants have not paid any part of the costs taxed against them by this Court.

22. In total, Universitas seeks to recover $33,972.00 in costs and fees jointly and severally against Appellants and their counsel for the substantive defense of the frivolous appeal. To the extent that this Court finds that fees on fees for the motion for sanctions are appropriate, the total sought by Universitas is $45,337.00

23. Universitas also respectfully requests that this Court set a date by which the total sanctions must be paid by Appellants and their counsel. Mr. Carpenter and his entities serially fail to pay the sanctions imposed against them. In addition, when Mr. Sandberg was sanctioned by the Tenth Circuit, he exhibited substantial recalcitrance in payment of the sanctions imposed against him. Mr. Sandberg was non-responsive to requests for payment and Universitas was forced to resort to further judicial intervention by the Tenth Circuit. Ultimately, Mr. Sandberg only paid the sanctions against him after he was threatened with contempt by the Tenth Circuit. A copy of the Tenth Circuit's Order setting a date is attached hereto as Exhibit 4. As such, the designation of a date by which sanctions must be paid will likely prevent further unnecessary proceedings before this Court, and save both its and Universitas' resources.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

(*Affirmation on next page*)

Executed in Alexandria, Virginia on September 5, 2023

By: _____

Joseph L. Manson III
*Counsel for Universitas Education, LLC*

Sworn before me on this __5th__ day of September, 2023.

_____
Notary Public

My commission expires on MAY 31, 2026 .

Shanna C Hogans
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7621775
Com. Exp. May 31, 2026

# EXHIBIT 1

**Law Offices of Joseph L Manson III**
600 Cameron St
Alexandria, Virginia 22314
United States
703-340-1649

Law Offices of Joseph L Manson III

**Universitas Education LLC**
404 E 55th Street
13A
New York, NY 10022
United States

| | |
|---|---|
| **Balance** | $2,240.00 |
| **Invoice #** | 20820220229 |
| **Invoice Date** | January 1, 2022 |
| **Payment Terms** | |
| **Due Date** | |

---

## UNIVERSITAS SDNY Litigation

For services rendered between
November 08, 2021 and November 10, 2021

### Time Entries

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 11/09/2021 | BC | Worked on documents for admission to second circuit court of appeals; coordinated filing and edits with local counsel | $400.00 | 3.00 | $1,200.00 |
| 11/09/2021 | JK | Researched requirements to get admitted into second circuit and began preparing required paperwork | $400.00 | 1.50 | $600.00 |
| 11/10/2021 | JK | Emails with Pat Bonner, ben Chernow, and Melissa Driscoll to get Joe Manson and firm entered into case on behalf of Universitas for second circuit appeal | $400.00 | 1.10 | $440.00 |
| | | | Totals: | **5.60** | **$2,240.00** |

| | |
|---|---|
| Time Entry Sub-Total: | $2,240.00 |
| **Sub-Total:** | $2,240.00 |
| **Total:** | $2,240.00 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$2,240.00** |

## Terms & Conditions:

Your invoice for legal services is due upon receipt of the invoice unless specified differently on your Engagement Agreement. Should you have any questions or concerns, please email admin@jmansonlaw.com.

**Law Offices of Joseph L Manson III**
600 Cameron St
Alexandria, Virginia 22314
United States
703-340-1649

Law Offices of Joseph L Manson III

**Universitas Education LLC**
404 E 55th Street
13A
New York, NY 10022
United States

| | |
|---|---|
| **Balance** | $31,059.86 |
| **Invoice #** | 20820220228 |
| **Invoice Date** | May 31, 2023 |
| **Payment Terms** | |
| **Due Date** | |

**Universitas Education, LLC - Second Circuit Appeal** (21-2690, 21-2691)

**Time Entries**

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 01/07/2022 | JK | Reviewed District Court Order denying Motions to Vacate filed by Grist Mill Capital and Daniel Carpenter | $400.00 | 0.50 | $200.00 |
| 01/08/2022 | JK | Emails with Joe Manson regarding Mediation on January 10, 2022 | $400.00 | 0.10 | $40.00 |
| 01/08/2022 | JK | Reviewed Docket and motions regarding reinstatement of appeal. | $400.00 | 0.20 | $80.00 |
| 01/10/2022 | JK | Attended CAMP Mediation | $400.00 | 1.00 | $400.00 |
| 01/10/2022 | JK | Prepared statement for mediation and brief outline of issues for mediation | $400.00 | 1.00 | $400.00 |
| 01/10/2022 | JM | Prepared for and attended mediation | $900.00 | 2.25 | $2,025.00 |
| 03/07/2022 | JK | Reviewed motion to extend time for filing of appellants' brief | $400.00 | 0.10 | $40.00 |
| 04/07/2022 | JK | Reviewed appellate brief filed by Daniel Carpenter and Grist Mill Capital, as well as Motion to Amend Caption | $400.00 | 1.10 | $440.00 |
| 04/21/2022 | JK | Drafted Local Rule 31.2 Scheduling Notification; discussed date for Opposition brief with Joseph Manson | $400.00 | 0.25 | $100.00 |
| 04/21/2022 | JM | Reviewed Local Rule 31.2 notice for filing | $900.00 | 0.10 | $90.00 |
| 04/22/2022 | JM | Reviewed appellate brief and exhibits filed by Daniel Carpenter and Grist Mill Capital | $900.00 | 2.00 | $1,800.00 |
| 04/29/2022 | JK | Began researching opposition brief; reviewed Peacock v. Thomas; began researching personal jurisdiction caselaw and caselaw on Rule 60(b) standards | $400.00 | 6.25 | $2,500.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/02/2022 | JK | Researched Ancillary jurisdiction case law and standards of appellate review for Rule 60(b) motions, including standards for voidness determinations | $400.00 | 4.00 | $1,600.00 |
| 05/02/2022 | JK | Reviewed all briefing on Motion to Vacate by GMC, Daniel Carpenter, and Universitas in District Court proceedings | $400.00 | 3.00 | $1,200.00 |
| 05/05/2022 | JK | Researched requirements for NY CPLR 5225 proceedings and motions in federal court. Researched Supreme Court precedent regarding Rule 58 and Rule 60(b)(4) motions and limitations on such motions. Began researching service of process and waiver | $400.00 | 3.00 | $1,200.00 |
| 05/06/2022 | JK | Reviewed August 7, 2014 Order granting motions for turnover and all associated briefing, including supplemental jurisdictional and service of process briefing. Reviewed transcripts of hearing and filings made by Daniel Carpenter in District Court proceeding. | $400.00 | 4.00 | $1,600.00 |
| 05/07/2022 | JK | Reviewed motion to reconsider filed in District Court for Turnover Judgment | $400.00 | 0.20 | $80.00 |
| 05/09/2022 | JK | Finished legal research on service of process and waiver. | $400.00 | 0.75 | $300.00 |
| 05/11/2022 | JK | Began drafting opposition brief including: Preliminary statement, Jurisdictional statement, Counter statement of issues, Statement of the Case, Summary of Argument, and Appellate Standards of Review | $400.00 | 6.00 | $2,400.00 |
| 05/13/2022 | JK | Supplemental legal research on diversity jurisdiction, including citations for determination of citizenship. | $400.00 | 0.25 | $100.00 |
| 05/13/2022 | JK | Continued drafting Opposition brief and substantive arguments regarding ancillary and subject matter jurisdictions | $400.00 | 3.00 | $1,200.00 |
| 05/18/2022 | JK | Finished drafting opposition brief including arguments sections for personal jurisdiction, service of process, Rule 60(b) relief, waiver, and Rule 58 | $400.00 | 7.00 | $2,800.00 |
| 05/19/2022 | JK | Created and formatted appendix to Opposition Brief | $400.00 | 2.00 | $800.00 |
| 05/19/2022 | JK | Incorporated Joseph Manson's edits to Opposition Brief; created table of contents and table of authorities; began final formatting for filing | $400.00 | 3.50 | $1,400.00 |
| 05/19/2022 | JM | Reviewed and made technical and substantive edits to Opposition Brief | $900.00 | 3.00 | $2,700.00 |
| 05/20/2022 | JK | Finalized documents for filing; completed final edits and corrections to table of contents/authorities. Completed final formatting of Opposition brief and appendix. Completed all required certifications. Filed brief. Coordinated with printer to print and send paper briefs to Second Circuit. | $400.00 | 3.20 | $1,280.00 |
| 06/03/2022 | JK | Completed oral argument statement | $400.00 | 0.10 | $40.00 |
| 06/09/2022 | JK | Reviewed reply brief filed by Grist Mill Capital and Daniel Carpenter | $400.00 | 1.10 | $440.00 |
| 06/10/2022 | JM | Reviewed reply brief filed by Daniel Carpenter and Grist Mill Capital | $900.00 | 1.00 | $900.00 |
| 01/04/2023 | JK | Reviewed Argument notice. Discussed same with Joe Manson | $400.00 | 0.20 | $80.00 |
| 01/17/2023 | JK | Prepared and filed Notice of Hearing Date Acknowledgment | $400.00 | 0.20 | $80.00 |
| 02/23/2023 | JK | Reviewed Second Circuit Summary Order | $400.00 | 0.25 | $100.00 |
| 02/23/2023 | JM | Reviewed Second Circuit Order and Discussed Same with Clients | $900.00 | 1.00 | $900.00 |
| 03/06/2023 | JK | Coordinated with Record Press to Acquire final bill of costs | $400.00 | 0.10 | $40.00 |

| 03/09/2023 | JK | Reviewed Petition for Rehearing En Banc | $400.00 | 0.50 | $200.00 |
| 03/09/2023 | JK | Drafted affirmation in support of bill of costs and filed statement of costs and supporting documents | $400.00 | 1.00 | $400.00 |
| 03/09/2023 | JM | Reviewed affirmation in support of bill of costs and statement of bill of costs | $900.00 | 0.25 | $225.00 |
| 04/06/2023 | JK | Reviewed Order denying petition for rehearing en banc | $400.00 | 0.10 | $40.00 |
| 04/13/2023 | JK | Reviewed order for costs and mandate. | $400.00 | 0.10 | $40.00 |
| | | Totals: | | **63.65** | **$30,260.00** |

## Expenses

| DATE | EE | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|------|----|-----|------|----------|------------|
| 08/31/2023 | JK | Printing/Hard Copy Briefs - Recordpress | $799.86 | 1.0 | $799.86 |
| | | | | Expense Total: | **$799.86** |

| | |
|---|---|
| Time Entry Sub-Total: | $30,260.00 |
| Expense Sub-Total: | $799.86 |
| **Sub-Total:** | $31,059.86 |
| **Total:** | $31,059.86 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$31,059.86** |

## Terms & Conditions:

Your invoice for legal services is due upon receipt of the invoice unless specified differently on your Engagement Agreement. Should you have any questions or concerns, please email admin@jmansonlaw.com.

# EXHIBIT 2

**Law Offices of Joseph L Manson III**
600 Cameron St
Alexandria, Virginia 22314
United States
703-340-1649

Law Offices of Joseph L Manson III

**Universitas Education LLC**
404 E 55th Street
13A
New York, NY 10022
United States

| | |
|---|---|
| **Balance** | $11,365.00 |
| **Invoice #** | 20820220230 |
| **Invoice Date** | August 31, 2023 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | August 31, 2023 |

**Universitas Education, LLC -
Second Circuit Appeal** (21-2690, 21-
2691)

**Time Entries**

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 05/03/2023 | JK | Researched Motions for Appellate Sanctions under Second Circuit law. researched standards for FRAP 38 sanctions under Second Circuit law | $400.00 | 3.00 | $1,200.00 |
| 05/04/2023 | JK | Researched standards for sanctions pursuant to inherent powers and 28 USC Sec. 1927 under Second Circuit law | $400.00 | 3.75 | $1,500.00 |
| 05/05/2023 | JK | Researched judicial notice of other actions for purposes of sanctions | $400.00 | 0.25 | $100.00 |
| 05/05/2023 | JK | Began drafting motion for sanctions against Appellants and their counsel | $400.00 | 1.25 | $500.00 |
| 05/05/2023 | JK | Emailed Jonathan Einhorn and Jeffrey Sandberg regarding motion for sanctions and to satisfy conference requirements. | $400.00 | 0.10 | $40.00 |
| 05/08/2023 | JK | Emailed detailed explanation of relief sought to Jonathan Einhorn; reviewed email from Jeff Sandberg threatening retaliatory sanctions if Universitas sought appellate sanctions | $400.00 | 0.25 | $100.00 |
| 05/08/2023 | JK | Drafted statement of facts and began drafting argument for Motion for Appellate sanctions | $400.00 | 2.40 | $960.00 |
| 05/11/2023 | JK | Completed first draft of Motion for Appellate sanctions; drafted argument sections for FRAP 38 sanctions, inherent powers sanctions, and Section 1927 sanctions | $400.00 | 3.00 | $1,200.00 |
| 05/11/2023 | JK | conducted supplemental research into joint and several liability, law firm liability, and bad faith requirements for appellate sanctions | $400.00 | 0.40 | $160.00 |
| 05/12/2023 | JK | Reviewed Second Circuit Local Rules to determine whether a procedural bar existed to filing Motion for Appellate Sanctions | $400.00 | 0.50 | $200.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/16/2023 | JK | Finished drafting and editing Motion for Sanctions; finalized table of contents and table of authorities | $400.00 | 1.00 | $400.00 |
| 05/16/2023 | JM | Reviewed and made edits to Motion for Appellate Sanctions | $900.00 | 1.50 | $1,350.00 |
| 05/17/2023 | JM | Emails with Patrick Bonner regarding filing Appellate Motion | $900.00 | 0.10 | $90.00 |
| 05/22/2023 | JM | Called case manager and discussed procedural posture of case and potential need to recall mandate and reopen case to file Motion for Sanctions; emails to Menz Bonner regarding same | $900.00 | 0.10 | $90.00 |
| 05/30/2023 | JK | Conducted supplemental research into whether Universitas' motion for Sanctions was frivolous, including timeliness requirements and whether such motion could be filed after issuance of the mandate | $400.00 | 1.00 | $400.00 |
| 06/15/2023 | JK | Supplemental research into Court's authority to manage proceedings and hear sanctions motions after close of mandate | $400.00 | 1.25 | $500.00 |
| 06/16/2023 | JK | Drafted Motion to Reopen case and for leave to file motion for sanctions | $400.00 | 1.75 | $700.00 |
| 06/16/2023 | JK | Email to Jonathan Einhorn and Jeff Sandberg regarding conference on motion to reopen and for leave to file sanctions motion and further explaining that such motion would not be substantively or procedurally frivolous. | $400.00 | 0.20 | $80.00 |
| 06/16/2023 | JM | Reviewed email to John Einhorn and Jeff Sandberg; reviewed motion to reopen and for leave to file motion for sanctions | $900.00 | 1.00 | $900.00 |
| 06/19/2023 | JK | Reviewed Jeff Sandberg's and Jon Einhorn's emails regarding objection to filing and further threatening sanctions | $400.00 | 0.10 | $40.00 |
| 06/20/2023 | JK | Filed Motion to Reopen and for leave to file motion for sanctions; discussed same with Joe Manson | $400.00 | 0.25 | $100.00 |
| 06/20/2023 | JM | Discussed motion for leave and proper procedural mechanism for filing/substitution for Menz Bonner | $900.00 | 0.10 | $90.00 |
| 07/03/2023 | JK | Reviewed Opposition to Motion to Reopen and for Leave to file Motion for Sanctions | $400.00 | 0.20 | $80.00 |
| 07/12/2023 | JK | Reviewed Court's order advising parties that Motion for Sanctions was being considered | $400.00 | 0.10 | $40.00 |
| 07/21/2023 | JK | Reviewed Response to Motion for Sanctions filed by Appellants and their counsel | $400.00 | 0.50 | $200.00 |
| 08/15/2023 | JK | Reviewed letter filed on behalf of Appellants regarding Connecticut matter | $400.00 | 0.10 | $40.00 |
| 08/21/2023 | JK | Reviewed Order granting motion for sanctions; discussed same with Joe Manson | $400.00 | 0.20 | $80.00 |
| 08/21/2023 | JM | Reviewed Order granting sanctions; discussed same with client | $900.00 | 0.25 | $225.00 |
| | | | Totals: | 24.60 | $11,365.00 |

| | |
|---|---|
| Time Entry Sub-Total: | $11,365.00 |
| **Sub-Total:** | $11,365.00 |
| | |
| **Total:** | $11,365.00 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$11,365.00** |

## Terms & Conditions:

Your invoice for legal services is due upon receipt of the invoice unless specified differently on your Engagement Agreement. Should you have any questions or concerns, please email admin@jmansonlaw.com.

# EXHIBIT 3

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of April, two thousand twenty-three,

_____

| | |
|---|---|
| Universitas Education, LLC, | **STATEMENT OF COSTS** |
| Petitioner - Appellee, | Docket Nos. 21-2690(L), 21-2691(Con) |
| v. | |
| Grist Mill Capital, LLC, | |
| Respondent - Appellant, | |
| Daniel E. Carpenter, | |
| Movant - Appellant. | |

_____

IT IS HEREBY ORDERED that costs are taxed in the amount of $736.00 in favor of Appellee Universitas Education, LLC.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/11/2023



**RECORD PRESS**
RAISING THE BAR

**Appellate Consulting and Management**
229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

March 6, 2023

LAW OFFICES OF
JOSEPH L. MANSON III
600 Cameron St., 4th Floor,
Alexandria, VA 22314

Universitas Education, LLC v. Daniel E. Carpenter & Grist Mill Capital, LLC
Appellee's Brief & Supplemental Appendix
United States Court of Appeals - Second Circuit

## ITEMIZED BILL OF COSTS

Typesetting, Printing and Binding

**Docket No. 21-2690(L); 21-2691(c)**

Appellee's Brief - 6 Copies / 64 Pages

| | | | | |
|---|---|---|---|---|
| 1 | 1-Sided Cover | $ | 125.00 | 125.00 |
| 384 | Printed 384 Text Pages x 6 Copies | $ | 0.20 | 76.80 |
| 6 | Perfect Bound Books | $ | 5.00 | 30.00 |
| | | | SUB-TOTAL: | 231.80 |
| | | | NYC SALES TAX: $ | 19.99 |
| | | | | **$251.79** |

Supplemental Appendix - 6 Copies / 291 Pages

| | | | | |
|---|---|---|---|---|
| 1 | 1-Sided Cover | $ | 125.00 | 125.00 |
| 1746 | Printed 1746 Text Pages x 6 Copies | $ | 0.20 | 349.20 |
| 6 | Perfect Bound Books | $ | 5.00 | 30.00 |
| | | | SUB-TOTAL: | 504.20 |
| | | | NYC SALES TAX: $ | 43.49 |
| | | | | **$547.69** |

We certify that the stated charges are based on the necessary copies
needed to serve and file. The price is comparable to industry standards.

**TOTAL:** **$799.48**

**RECORD PRESS, INC.**

229 West 36th Street
8th Floor
New York, NY 10018
dmisser@recordpress.com



RECORD PRESS
Appellate Management Document Solutions

| | |
|---|---|
| **BILL TO** | |
| Joseph L. Manson | |
| Law Offices of Joseph L. Manson III | |
| 600 Cameron Street | |
| Alexandria, VA 22314 | |

| | |
|---|---|
| **INVOICE #** | 111631 |
| **DATE** | 05/31/2022 |
| **DUE DATE** | 06/15/2022 |
| **TERMS** | Net 15 |

| CAPTION | JOB # | REP |
|---|---|---|
| Universitas Education v. Nova | 91126/91127 | H |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2ND CIRCUIT COURT OF APPEALS | | | |
| Appellee's Brief & Supplemental Appendix | | | |
| | | | |
| Brief - 6 Copies / 64 Pages | | | |
| (1st 3 Copies - Printing, Client Supplied Covers & Binding) | 1 | 193.50 | 193.50 |
| Additional copies | 3 | 29.50 | 88.50 |
| | | | |
| Appendix - 6 Copies / 291 Pages | | | |
| (Includes Printing, Client Supplied Cover & Binding) | 291 | 2.28 | 663.48 |
| | | | Subtotal: 945.48 |
| | | | |
| 10% Courtesy Discount | 945.48 | -0.10 | -94.55 |
| | | | |
| Hard Copy Filing | 1 | 75.00 | 75.00 |

Our preferred method of payment is ACH/Wire transfer. Our banking details are provided below:

BANK NAME: Chase
ACCOUNT NUMBER: 903739951
ABA/ROUTING NUMBER: 021000021

| | |
|---|---|
| SUBTOTAL | 925.93 |
| TAX (0%) | 0.00 |
| TOTAL | 925.93 |
| PAYMENT | 925.93 |
| BALANCE DUE | **$0.00** |

We also accept payment via credit card at the following link:
https://recordpress.com/pay-your-invoice/

(American Express, Visa, MasterCard & Discover)

RECORD PRESS, INC.
TAX ID # 13-5654060

# EXHIBIT 4

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**July 7, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNIVERSITAS EDUCATION, LLC,

      Petitioner/Judgment Creditor - Appellee,

v.

AVON CAPITAL, LLC,

      Respondent/Judgment Debtor,

ASSET SERVICING GROUP, LLC,

      Respondent/Garnishee,

and

SDM HOLDINGS, LLC,

      Respondent/Garnishee – Appellant.

-------------------------------

AVON CAPITAL, LLC, a Wyoming limited liability company,

      Intervenor.

No. 22-6038
(D.C. No. 5:14-FJ-00005-HE)
(W.D. Okla.)

_____

## ORDER

_____

Before **BACHARACH**, **PHILLIPS**, and **MORITZ**, Circuit Judges.

_____

      This matter is before the court on *Appellee's Motion to Set Deadline for the Payment of Sanctions* and on Attorney Jeffrey Sandberg's response to the motion.

On February 28, 2023, this court granted Appellee's motion for an award of attorneys' fees under Federal Rule of Appellate Procedure Rule 38 as a sanction for bringing a frivolous appeal and remanded to the district court to determine the amount. On May 3, 2023, the district court entered a final order fixing the amount of the sanction at $38,847.50. Mr. Sandberg has not paid the sanction.

Upon consideration, Appellee's motion to set a deadline for payment of the sanction is granted. On or before, July 21, 2023, Attorney Jeffrey R. Sandberg and/or Palmer Lehman Sandberg, PLLC shall pay $38,847.50 to Appellee. On or before July 24, 2023, Appellee shall notify this court in writing whether the sanction has been paid. Any failure by Attorney Sandberg and Palmer Lehman Sandberg, PLLC to comply with the deadline set forth in this order may result in further action by this court including, but not limited to, the initiation of attorney discipline proceedings.

A copy of this order shall stand as a supplement to the mandate that was issued on February 7, 2023, and supplemented on February 28, 2023.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Jane K. Castro
    Chief Deputy Clerk