# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand twenty-four.

Present:

    Dennis Jacobs,
    Eunice C. Lee,
    Myrna Pérez,
        *Circuit Judges*.

---

Universitas Education, LLC,

        *Petitioner-Appellee*,

v.                                                            21-2690 (L),
                                                              21-2691 (Con)

Grist Mill Capital, LLC,

        *Respondent-Appellant*,

Nova Group, Inc, as Trustee, Sponsor and Named Fiduciary of
The Charter Oak Trust Welfare Benefit Plan, et al.,

        *Respondents*,

Daniel E. Carpenter,

        *Movant-Appellant*.

---

We previously determined that Appellee should be awarded double costs and attorney's fees under Federal Rule of Appellate Procedure 38, and directed Appellee's counsel to address the amount to be awarded. 2d Cir. 21-2690, doc. 151 (Order). Upon due consideration of the parties' submissions, it is hereby ORDERED that Rule 38 sanctions are awarded to Appellee in the following amounts: double costs of $1,472 for the appeal; $32,000 in attorney's fees for the

prosecution of the appeal; and $11,365 for fees and costs associated with the Rule 38 motion—for a total of $44,837. It is further ORDERED that Appellants and their attorneys be jointly and severally responsible for the sanctions and that the sanctions be paid within 60 days of the date of this order.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe*